WILLIAM R. TAMAYO, SBN 084965
DAVID OFFEN-BROWN, SBN 063321
DANA C. JOHNSON, SBN 187341
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone:   (415) 625-5697
Facsimile:    (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>              Plaintiff,<br><br>v.<br><br>**CALIFORNIA PSYCHIATRIC TRANSITIONS, INC.,**<br><br>              Defendant. | Civil Action No.<br><br>**COMPLAINT**<br><br>Civil Rights - Employment Discrimination<br><br>DEMAND FOR JURY TRIAL |

## NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct the unlawful employment practice of retaliation and to provide appropriate relief to Charging Party Audel Mendoza ("Charging Party" or "Mendoza") whom Defendant California Psychiatric Transitions, Inc., ("CPT" or "Defendant") discharged in retaliation for activity protected under Title VII.

## JURISDICTION AND VENUE

1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

1  §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42
2  U.S.C. §1981a.
3      2.     The employment practice alleged to be unlawful was committed within
4  the jurisdiction of the United States District Court for the Eastern District of California.

## PARTIES

6      3.     Plaintiff, the Equal Employment Opportunity Commission
7  ("Commission") is the agency of the United States of America charged with the
8  administration, interpretation and enforcement of Title VII, and is expressly authorized
9  to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000-e(f)(1) and
10  (3).
11      4.     Defendant CPT is a California company, doing business in the State of
12  California, in the County of Merced, and has continuously had at least 15 employees.
13      5.     At all relevant times, Defendant CPT has continuously been an employer
14  engaged in an industry affecting commerce, within the meaning of Section 701(b), (g)
15  and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

17      6.     More than thirty days prior to the institution of this lawsuit, Charging
18  Party filed a charge with the Commission, alleging violation of Title VII by Defendant.
19  All conditions precedent to the institution of this lawsuit have been fulfilled.
20      7.     On or about April 27, 2005, Defendant engaged in the unlawful practice
21  of retaliation at its Merced County facility, in violation of Section 704(a) of Title VII, 42
22  U.S.C. §2000e-3(a), by discharging Charging Party for engaging in protected activity,
23  including for his association with and support of a co-worker who had complained
24  about unlawful sexual harassment.
25      8.     The effect of the practice complained of in Paragraph 7, above, has been to
26  deprive the Charging Party of equal employment opportunities and otherwise
27  adversely affect his status as an employee because of his association with and support
28  of a co-worker who had complained about unlawful sexual harassment.

9. The unlawful employment practice complained of in Paragraph 7, above, was intentional.

10. The unlawful employment practice complained of in Paragraph 7, above, was done with malice or reckless indifference to Mendoza's federally protected rights.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with Defendant, from engaging in retaliation against its employees.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit retaliation and which eradicate the effects of its unlawful employment practice.

C. Order Defendant to make whole Charging Party by providing appropriate back pay and benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice, including but not limited to reinstatement and/or front pay.

D. Order Defendant to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice complained of above, including but not limited to such out-of-pocket expenses as medical care necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.

E. Order Defendant to make whole Charging Party by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above including, but not limited to emotional pain and suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Charging Party punitive damages for its malicious or reckless conduct described above, in an amount to be determined at trial.

1      G.    Grant such further relief as the Court may deem just and proper in the public interest.

     H.    Award the Commission its costs in this action.

### DEMAND FOR JURY TRIAL

The Commission requests a jury trial on all questions of fact raised by its Complaint.

                      Ronald S. Cooper
                      General Counsel

                      Gwendolyn Young Reams
                      Associate General Counsel

                      **Equal Employment Opportunity Commission**
                      1801 L Street, N.W.
                      Washington, DC 20507

Date:   September 30, 2008       /s/ William R. Tamayo (as authorized on 9/30/08)
                                                    WILLIAM R. TAMAYO
                                                    Regional Attorney

Date:   September 30, 2008       /s/ David Offen-Brown (as authorized on 9/30/08)
                                                        DAVID OFFEN-BROWN
                                                    Supervisory Trial Attorney

Date:   September 30, 2008       /s/ Dana C. Johnson
                                                      DANA C. JOHNSON
                                                    Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105