# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. CV-F-08-1478 LJO DLB |
|---|---|
| Plaintiff, | **ORDER ON OBJECTIONS TO NOTICE OF RELATED CASES** |
| v. | |
| CALIFORNIA PSYCHIATRIC TRANSITIONS, INC. | |
| Defendant. / | |

On September 30, 2008, plaintiff filed this action and also filed a Notice of Related Cases. (Doc. 1-4.) The Notice indicated that this case was related to *Equal Employment Opportunity Commission v. California Psychiatric Transitions*, Case No. 1:06-CV-01251-OWW-GSA. On December 8, 2008, Defendant filed an Objection to the Notice of Related Cases. (Doc. 6.)

Having reviewed the Notice, the Objection and the complaints in the matters, the Court SUSTAINS Defendant's objection to the Notice of Related Cases. Plaintiff has not shown both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge would effect a substantial savings of judicial effort, either because the same result should follow in both actions or for other reasons.

IT IS SO ORDERED.

**Dated:   December 9, 2008**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

1