HEWITT & TRUSZKOWSKI
STEPHEN L. HEWITT, SB# 102729
 slhewitt@hewittlegal.com
HENRY C. TRUSZKOWSKI, SB# 169243
 hctruszkowski@hewittlegal.com
4640 Lankershim Boulevard, Suite 600
North Hollywood, California  91602-1818
Telephone: (818) 509-0311
Facsimile: (818) 509-0402

Attorneys for Defendant CALIFORNIA
PSYCHIATRIC TRANSITIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>   vs.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS, INC,<br><br>             Defendant. | CASE NO. 1:08-CV-01478-LJO-DLB<br><br>**STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES; ORDER**<br><br>Action Filed:    September 30, 2008<br>Trial Date:       June 7, 2010 |

WHEREAS the parties have earnestly and diligently been pursuing discovery, having propounded and exchanged written discovery and documents;

WHEREAS several witnesses reside out of state (Alaska) and throughout the state of California, necessitating long-distance travel to accomplish their depositions;

WHEREAS the parties have learned through investigation of additional witnesses who need to be deposed;

WHEREAS counsel for each party have had unanticipated family medical exigencies which have impacted the preparation and scheduling in this case;

/ / /

---

**STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES;
[PROPOSED] ORDER**

1  WHEREAS counsel for each party are scheduled to be engaged in trial estimated for six
2 weeks commencing October 20, 2009; and

3  WHEREAS counsel have not previously sought an extension of any scheduling order
4 dates;

5  WHEREFORE, the parties, through their counsel, stipulate and respectfully request
6 that the following scheduling order dates be vacated and reset as follows:

7  1. Non-Expert Discovery Deadline: From September 28, 2009, to January 29, 2010;

8  2. Non-Expert Discovery Deadline: From December 14, 2010, to April 14, 2010;

9  3. Non-Dispositive Motions Filing: From January 27, 2010, to June 2, 2010;

10  4. Hearing on Non-Dispositive Motions: From February 19, 2010, to June 25, 2010 at
11 9:00 a.m. before Magistrate Dennis L. Beck in Courtroom 9;

12  5. Dispostive Motion Filing: From January 27, 2010, to June 2, 2010;

13  6. Hearing on Dispositive Motions: From March 3, 2010, to July 8, 2010; at 8:30
14 a.m. in Courtroom 4, 7th Floor, before the Honorable Lawrence J. O'Neill, United States District
15 Court Judge.

16  7. Pretrial Conference: From April 14, 2010, to August 11, 2010 at 8:30 a.m. in
17 Courtroom 3, 7th Floor before the Honorable Lawrence J. O'Neill; and

18  8. Jury Trial: From June 7, 2010, to October 4, 2010, at 8:30 a.m. in Courtroom 4, 7th
19 Floor, before the Honorable Lawrence J. O'Neill.

20  All other scheduling order dates shall remain unchanged.

22  Respectfully submitted,

23  EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

25  Dated: September 2, 2009        By: /s/ Dana C. Johnson (as authorized on 9/2/09)
                                        Dana C. Johnson
                                        Attorneys for Plaintiff EEOC

28                                  HEWITT & TRUSZKOWSKI

2
**STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES;
[PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 2, 2009 | By: /s/ Henry C. Truszkowski |
| 3 | | Henry C. Truszkowski |
| | | Attorneys for Defendant California Psychiatric |
| 4 | | Transitions, Inc. |

IT IS SO ORDERED.

Dated:   **September 4, 2009**                         /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

HEWITT & TRUSZKOWSKI
ATTORNEYS AT LAW
4640 LANKERSHIM BOULEVARD, SUITE 600
NORTH HOLLYWOOD, CALIFORNIA, 91602-1818
TEL (818) 509-0311 • FAX (818) 509-0402