1  WILLIAM R. TAMAYO, SB# 084965
   DAVID F. OFFEN-BROWN, SB# 063321
2  DANA C. JOHNSON, SB# 187341
     dana.johnson@eeoc.gov
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, CA  94105-1260
5  Telephone: (415) 625-5697
   Facsimile: (415) 625-5657
6
   Attorneys for Plaintiff
7

8  HEWITT & TRUSZKOWSKI
   HENRY C. TRUSZKOWSKI, SB# 169243
9    hctruszkowski@hewittlegal.com
   JILL ANNE HILLMAN, SB# 174546
10   jahillman@hewittlegal.com
   4640 Lankershim Boulevard, Suite 600
11 North Hollywood, California  91602-1818
   Telephone: (818) 509-0311
12 Facsimile: (818) 509-0402

13 Attorneys for Defendant CALIFORNIA
   PSYCHIATRIC TRANSITIONS, INC.
14

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS, INC,<br><br>Defendant. | CASE NO. 1:08-CV-01478-LJO-DLB<br><br>**STIPULATION RE CLARIFICATION OF SCHEDULING ORDER DATES; and ORDER**<br><br>Action Filed:   September 30, 2008<br>Trial Date:      June 7, 2010 |

WHEREAS the Stipulation and Order to Modify Scheduling Order, Document No. 12, prepared and submitted by the parties, was signed by Magistrate Judge Beck on September 4, 2009, and filed on September 8, 2009; and

1  WHEREAS the parties have observed and acknowledge that, the Scheduling Order
2  specifies Non-Expert Discovery Deadlines of January 29, 2010 and April 14, 2010.
3  WHEREFORE, the parties, through their counsel, agree, stipulate, and respectfully request
4  to clarify that the operative deadline for Non-Expert Discovery is April 14, 2010.
5  All other Scheduling Order dates shall remain unchanged.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: December 22, 2009        By: /s/ Dana C. Johnson
                                Dana C. Johnson
                                Attorneys for Plaintiff EEOC

HEWITT & TRUSZKOWSKI

Dated: December 22, 2009        By:           /s/
                                Henry C. Truszkowski
                                Attorneys for Defendant California Psychiatric Transitions, Inc.

IT IS SO ORDERED.

Dated:   **December 23, 2009**            /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE