WILLIAM R. TAMAYO, SB# 084965
DAVID F. OFFEN-BROWN, SB# 063321
DANA C. JOHNSON, SB# 187341
 dana.johnson@eeoc.gov
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657

Attorneys for Plaintiff


HEWITT & TRUSZKOWSKI
HENRY C. TRUSZKOWSKI, SB# 169243
 hctruszkowski@hewittlegal.com
JILL ANNE HILLMAN, SB# 174546
 jahillman@hewittlegal.com
4640 Lankershim Boulevard, Suite 600
North Hollywood, California  91602-1818
Telephone: (818) 509-0311
Facsimile: (818) 509-0402

Attorneys for Defendant CALIFORNIA
PSYCHIATRIC TRANSITIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS, INC,<br><br>Defendant. | CASE NO. 1:08-CV-01478-LJO-SKO<br><br>**STIPULATION RE ONE WEEK EXTENSION FOR FILING MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>Action Filed:   September 30, 2008<br>Trial Date:      October 4, 2010 |

WHEREAS the filing deadline for dispositive motions is June 2, 2010, and both defendant and plaintiff planned on filing motions for summary judgment/adjudication on behalf of each of their respective clients;

WHEREAS defendant's lead counsel, Henry Truszkowski's wife was involved in a serious automobile accident in Los Angeles, California on May 31, 2010;

WHEREAS, Attorney Truszkowski has requested that as a result of his wife's auto accident that plaintiff's counsel, Dana C. Johnson, agree to a one week extension to file defendant's motion for summary judgment, thereby extending the filing deadline to June 9, 2010;

WHEREAS, Attorney Johnson has no objection to a one week filing extension;

WHEREAS, the requested filing extension will not effect the July 8, 2010 hearing date which has been set for both defendant's and plaintiff's respective motions for summary judgment.

WHEREFORE, the parties, through their counsel, agree, stipulate, and respectfully request that the filing deadline for defendant's motion for summary judgment be continued from June 2, 2010 to June 9, 2010.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: June 1, 2010    By: /s/ Dana C. Johnson (as authorized)
Dana C. Johnson
Attorneys for Plaintiff EEOC

HEWITT & TRUSZKOWSKI

Dated: June 1, 2010    By: /s/ Henry C. Truszkowski
Henry C. Truszkowski
Attorneys for Defendant California Psychiatric Transitions, Inc.

IT IS SO ORDERED.

**Dated:    June 3, 2010**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE