# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS, INC.<br><br>  Defendant.<br>_____/ | CASE NO. CV-F-08-1478 LJO DLB<br><br>**ORDER DENYING TRIAL CONTINUANCE** |

The Court has received and reviewed the parties' stipulation to continue the pretrial conference and the trial date. The parties request the continuance due to counsel's trial conflicts with cases scheduled in other courts.

Stipulations among counsel do not establish the needed good cause to continue any dates established in a Scheduling Order. The Court finds that the parties have failed to show good cause for the continuance. The Court selected the pretrial conference and trial dates with the mutual input of the parties at the scheduling conference and through Court approved modifications to the Scheduling Order. Any conflict with the October 4, 2010 trial date is not with this Court, but is a conflict for the case that established the conflict. Therefore, the request to continue these dates is DENIED. The pretrial conference of August 11, 2010 and the trial of October 4, 2010 are CONFIRMED.

IT IS SO ORDERED.

**Dated:   August 2, 2010                          /s/ Lawrence J. O'Neill**

1

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |